**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ANITA MEGHA,**

**Plaintiff,**

**v.**

**LCA-VISION INC.,**

**Defendant.**

**Case No. 1:23-cv-138**
**JUDGE DOUGLAS R. COLE**

**STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE**

NOW COME the parties by and through their undersigned counsel and stipulate that the within cause may be dismissed with prejudice in its entirety and with the provision that each party bear her/its own costs and attorneys' fees.

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice, with each party to bear her/its own costs and attorneys' fees. The Court retains jurisdiction to interpret or enforce the terms of the settlement agreement entered into by the parties.

**SO ORDERED.**

October 19, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

**IT IS SO STIPULATED:**

**/s/Patricia A. Wise**
Patricia A. Wise
Attorney for Plaintiff
Spengler Nathanson, P.L.L.
900 Adams Street
Toledo, Ohio 43604

**/s/Colleen Koehler ***
One of the Attorneys for Defendant
Littler
41 S. High St., Suite 3250
Columbus, OH 43215
***consent per email**